S.T., ON BEHALF OF HER MINOR CHILD, N.T. v. THE BOARD OF
EDUCATION OF THE CITY OF MILLVILLE, ET AL.

December 19, 1988.

Petition for certification denied.

S.T., ON BEHALF OF HER MINOR CHILD, N.T. v. THE BOARD OF
EDUCATION OF THE CITY OF MILLVLLE, ET AL.

December 19, 1988.

Petition for certification denied.

NANCY ORDONEZ v. SUN LIFE ASSURANCE COMPANY
OF CANADA, ET AL.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERTO VELEZ.

December 19, 1988.

Petition for certification denied.